UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  **CV 17-235 MWF (SSx)**                               Date: July 24, 2017

Title      **Gopikrishtan Govindasamy v. Madhivanan Selvasekaran, et al.**

Present: The Honorable: Michael W. Fitzgerald, United States District Judge

| Rita Sanchez | Lisa Gonzalez |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:
          Not Present                              Stephen E. Abraham

**Proceedings:**      DEFENDANT'S MOTION TO DISMISS CASE [13]

The Courtroom Deputy Clerk distributes the Court's tentative ruling prior to the case being called.

Case called, and counsel make their appearance. The Court hears oral argument from counsel and takes the matter under submission. An order will issue.

IT IS SO ORDERED.

Initials of Preparer: RS
:01